IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-37216 |
| Scott Eugene Genz | § | Chapter 13 |
| Carol Lynn Genz | § | |
| | § | Judge Marvin Isgur |

## NOTICE OF AMENDED CREDITOR MATRIX

Please take notice that the Creditor Matrix was updated on February 27, 2019.  Notice is hereby given to the added creditors listed under Added Creditor as reflected in the certificate of service.

Dated:  February 27, 2019.

>/s/ Yvette V. Recio
>Yvette V. Recio
>Counsel to the Debtor(s)
>SBTX No. 00797805
>Fed. I d No.574940
>26310 Oak Ridge Dr., Suite 4
>The Woodlands, Texas 77380
>Tel.713-492-7978
>E-mail: yvettevrecio@gmail.com

`

## CERTIFICATE OF SERVICE

A copy of this Notice, Schedule G, the Chapter 13 Trustee's Notice of Confirmation Hearing and Plan Summary and ECF filed Chapter 13 Plan  was served on the parties shown under **Added Creditors** at the addresses reflected on February 27, 2019 by prepaid US first class mail.  A copy of the Notice (only) was served on those parties requesting notice on February 27, 2019 by prepaid US first class mail or via ECF noticing system.

>/s/ Yvette V. Recio
>Yvette V. Recio

Added Creditors

Progressive Leasing
256 West Data Drive
Draper, UT 84020

1

U Own Furniture
PO Box 18022
Tampa, FL 33679

Parties Requesting Notice

**IMPERIAL OAKS HOMEOWNERS ASSOCIATION, INC.**
VanMor Properties, Inc.
8711 Highway 6 North
Suite 270
Houston, TX 77095

**IMPERIAL OAKS HOMEOWNERS ASSOCIATION, INC.**
c/o**Curtis W McCreight**
Hoover Slovacek LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056
mccreight@hooverslovacek.com

**Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541
claims@recoverycorp.com

**David G Peake**
Chapter 13 Trustee
9660 Hillcroft
Suite 430
Houston, TX 77096-3856
court@peakech13trustee.com

**Rushmore Loan Management Services, LLC**
**c/o Michael W Zientz**
Attorney at Law
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
txsd@mwzmlaw.com

**US Trustee**
Office of the US Trustee
515 Rusk Ave

2

Ste 3516
Houston, TX 77002
USTPRegion07.HU.ECF@USDOJ.GOV

**Scott and Carol Genz**
1410 Jander Dr.
Spring, TX 77386